**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



UNITED STATES DISTRICT COURT
FILED
SEP 2 2009
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**DOCKET NO. 07-CR-291S - 22**

        **v.**

**DARIUS WILLIAMS,**

        **Defendant.**

## REPORT AND RECOMMENDATION

      By Order of Judge William M. Skretny dated August 17, 2009, the above

case was referred to me, with the consent of the defendant, to take the defendant's

plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of

Criminal Procedure for a Report and Recommendation. The following is my Report and

Recommendation as to the defendant's plea of guilty.

      On September 2, 2009, the defendant entered a plea of guilty in this case,

as set forth in the transcript of the plea proceeding, which is transmitted with this written

Report and Recommendation. In accordance with my oral Report and

Recommendation at the close of the plea proceeding, it is my Report and

Recommendation that the defendant's plea of guilty accords with the requirements of

Rule 11 of the Fed. R. Crim. P. and that Your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

The time from September 2, 2009 until Judge Skretny rules on this Report and Recommendation is excluded from the Speedy Trial Act calendar pursuant to 18 U.S.C. §§ 3161(h)(1) and 3161(h)(1)(G).

**SO ORDERED.**

DATED:    September 2, 2009
               Buffalo, New York

**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**